AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Garza, Carmen E. | 2. Court or Organization<br><br>U.S. District Court, District of NM | 3. Date of Report<br><br>09/27/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Full-time magistrate judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

100 N. Church St., Las Cruces, New Mexico 88001

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2017 | Carmen E. Garza, Single Investment Account from former self employment |
| 2. 2017 | Carmen E. Garza, Traditional Individual Retirement Account from former self employment |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garza, Carmen E. | 09/27/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garza, Carmen E. | 09/27/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | University of Southern California | Round trip airline ticket from Los Angeles, California to Honolulu, Hawaii, Nov. 2017 | $800.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Quicken Loans | mortgage on real property (rental #2) | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garza, Carmen E. | 09/27/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fort Bliss Federal Credit Union accounts | A | Interest | L | T | | | | | |
| 2. First American Bank accounts | | None | M | T | | | | | |
| 3. Rental property #1, Las Cruces, NM purchase 2000-$125,000 | E | Rent | M | W | | | | | |
| 4. Rental property #2, Las Cruces purchase 2008-$240,000 | D | Rent | M | W | | | | | |
| 5. Time share property, San Diego, Ca, purchase 2005-$5,0000 | | None | J | W | | | | | |
| 6. | | | | | | | | | |
| 7. Frankin Mutual Global Discovery | A | Dividend | J | T | | | | | |
| 8. AB Intermediate Diversified Municipal | | None | J | T | | | | | |
| 9. AT&T | A | Dividend | J | T | Buy | 03/08/17 | J | | |
| 10. Abbott Laboratories | B | Dividend | J | T | Buy | 03/08/17 | J | | |
| 11. | | | | | Sold (part) | 05/11/17 | J | | |
| 12. | | | | | Sold (part) | 09/25/17 | J | | |
| 13. Accenture PlC | B | Dividend | J | T | Buy | 03/08/17 | J | | |
| 14. Alps Alerian Mlp ETF | | None | J | T | Buy | 03/08/17 | J | | |
| 15. | | | | | Buy (add'l) | 09/25/17 | J | | |
| 16. Altria Group Inc. | A | Dividend | J | T | Buy | 11/14/17 | J | | |
| 17. American Express | | None | | | Buy | 03/08/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 07/27/17 | J | | |
| 19. | | | | | Sold (part) | 09/20/17 | J | | |
| 20. | | | | | Sold | 09/21/17 | J | | |
| 21. American Fund High (Hich formerly ) Income | | None | J | T | | | | | |
| 22. Apple Inc | A | Dividend | J | T | Buy | 03/08/17 | J | | |
| 23. Arthur J. Gallagher & Co. | A | Dividend | J | T | Buy | 03/08/17 | J | | |
| 24. BB& T Corp. | A | Dividend | J | T | Buy | 03/08/17 | J | | |
| 25. BCE Inc. | A | Dividend | J | T | Buy | 03/08/17 | J | | |
| 26. Beckton Dickinson & Co. | A | Dividend | J | T | Buy | 03/08/17 | J | | |
| 27. Blackrock Equity | A | Dividend | J | T | | | | | |
| 28. Blackrock National Municipal | A | Dividend | J | T | | | | | |
| 29. American Fund Capital World Bond (formerly Capital World Bond) | | None | | | Sold | 03/03/17 | J | | |
| 30. CBA Aggressive Growth I | A | Dividend | J | T | | | | | |
| 31. Chevron Corporation | B | Dividend | J | T | Buy | 03/08/17 | J | | |
| 32. | | | | | Buy (add'l) | 03/22/17 | J | | |
| 33. Cisco Systems Inc. | A | Dividend | J | T | Buy | 03/08/17 | J | | |
| 34. Coca Cola Company | A | Dividend | J | T | Buy | 03/08/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garza, Carmen E. | 09/27/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Colgate-Palmolive | A | Dividend | J | T | Buy | 03/08/17 | J | | |
| 36. CVS Health Corp | | None | J | T | Buy | 04/27/17 | J | | |
| 37. | | | | | Buy (add'l) | 05/12/17 | J | | |
| 38. | | | | | Buy (add'l) | 07/17/17 | J | | |
| 39. Deere & Co. | | None | J | T | Buy | 03/08/17 | J | | |
| 40. | | | | | Sold (part) | 04/27/17 | J | | |
| 41. | | | | | Sold (part) | 05/23/17 | J | | |
| 42. Diageo Plc | B | Dividend | J | T | Buy | 03/08/17 | J | | |
| 43. | | | | | Sold (part) | 09/25/17 | J | | |
| 44. Dimensional DFA Intl Value Fd | B | Dividend | | | Sold | 03/03/17 | K | | |
| 45. Dodge & Cox Stock | C | Dividend | | | Sold | 03/03/17 | J | | |
| 46. American Fund Europacific (formerly Europacific Growth) | B | Dividend | | | Sold | 03/03/17 | K | | |
| 47. Eversource Energy | A | Dividend | J | T | Buy | 03/08/17 | J | | |
| 48. Exxon Mobile Corp | A | Dividend | J | T | Buy | 03/08/17 | J | | |
| 49. | | | | | Buy (add'l) | 03/22/17 | J | | |
| 50. Franklin Fed Int-Term T/F Inc | | None | J | T | | | | | |
| 51. Franklin Mutual Shares CI Z | A | Dividend | | | Sold | 03/03/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garza, Carmen E. | 09/27/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. American Fundamental Investors Fund (Formerly Fundamental Investors) | B | Dividend | J | T | | | | | |
| 53. General Electric | | None | | | Buy | 02/08/17 | J | | |
| 54. | | | | | Buy (add'l) | 09/25/17 | J | | |
| 55. | | | | | Sold | 11/13/17 | J | | |
| 56. Genuine Parts Co. | A | Dividend | J | T | Buy | 03/08/17 | J | | |
| 57. Harbor Capital Appreciation | A | Dividend | J | T | | | | | |
| 58. Hartford Dividend and Growth | A | Dividend | J | T | | | | | |
| 59. IBM Corp | | None | J | T | Buy | 03/08/17 | J | | |
| 60. | | | | | Buy (add'l) | 09/25/17 | J | | |
| 61. Intel Corporation | B | Dividend | J | T | Buy | 03/08/17 | J | | |
| 62. Invesco Comstock | A | Dividend | J | T | | | | | |
| 63. Invesco International Growth | B | Dividend | J | T | | | | | |
| 64. Ishares Interm Credit | A | Dividend | K | T | Buy | 03/08/17 | K | | |
| 65. Ishares MBS ETF Iv | | None | K | T | Buy | 08/03/17 | K | | |
| 66. Ishares MSCI Eafe Value | C | Dividend | J | T | | | | | |
| 67. I shares 1-3 Year Credit | | None | K | T | Buy | 03/08/17 | L | | |
| 68. | | | | | Sold (part) | 07/18/17 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garza, Carmen E. | 09/27/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 08/03/17 | K | | |
| 70. I Shares 3-7 Year Credit | A | Dividend | | | Buy | 03/08/17 | K | | |
| 71. | | | | | Sold | 08/03/17 | K | | |
| 72. JH Disciplined Value Mid Cap | A | Dividend | | | Sold | 03/03/17 | J | | |
| 73. Johnson & Johnson | B | Dividend | J | T | Buy | 03/08/17 | J | | |
| 74. JP Morgan Chase & Co | A | Dividend | J | T | Buy | 03/08/17 | J | | |
| 75. Leggett & Platt Inc | | None | J | T | Buy | 03/08/17 | J | | |
| 76. | | | | | Sold (part) | 04/27/17 | J | | |
| 77. | | | | | Sold (part) | 07/17/17 | J | | |
| 78. | | | | | Sold (part) | 07/18/17 | J | | |
| 79. | | | | | Sold (part) | 07/19/17 | J | | |
| 80. Lockheed Martin Corp | A | Dividend | J | T | Buy | 03/08/17 | J | | |
| 81. Lowes Companies Inc | A | Dividend | J | T | Buy | 03/08/17 | J | | |
| 82. Mainstay Icap Select Equity | B | Dividend | | | Sold | 03/03/17 | J | | |
| 83. Metropolitan West Ttl Ret Bd. | | None | | | Sold | 03/03/17 | K | | |
| 84. MFS Growth Fund | C | Dividend | | | Sold | 03/03/17 | J | | |
| 85. MFS International Value | B | Dividend | | | Sold | 02/03/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garza, Carmen E. | 09/27/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Microsoft Corp | B | Dividend | J | T | Buy | 03/08/17 | J | | |
| 87. Nestle SA | A | Dividend | J | T | Buy | 03/08/17 | J | | |
| 88. Novartis AG | A | Dividend | J | T | Buy | 03/08/17 | J | | |
| 89. Occidental Petrol Co | A | Dividend | J | T | Buy | 03/08/17 | J | | |
| 90. Omnicom Group Inc | | None | J | T | Buy | 03/08/17 | J | | |
| 91. | | | | | Buy (add'l) | 09/25/17 | J | | |
| 92. Oracle Corporation | A | Dividend | J | T | Buy | 03/08/17 | J | | |
| 93. Parker-Hannifin Corp | B | Dividend | J | T | Buy | 03/08/17 | J | | |
| 94. Pfizer Incorporated | A | Dividend | J | T | Buy | 03/08/17 | J | | |
| 95. Philip Morris Intl | | None | J | T | Buy | 03/08/17 | J | | |
| 96. Pimco Total Return IV | | None | | | Sold | 03/03/17 | K | | |
| 97. PPG Industries Inc. | B | Dividend | J | T | Buy | 03/08/17 | J | | |
| 98. Proctor & Gamble | A | Dividend | J | T | Buy | 03/08/17 | J | | |
| 99. Prudential High-Yield | B | Dividend | | | Sold | 03/03/17 | K | | |
| 100. Prudential Jennison Mid Cap (formerly Perkins Mid Cap Value) | A | Dividend | | | Sold | 03/03/17 | K | | |
| 101. Raytheon Company | A | Dividend | J | T | Buy | 03/08/17 | J | | |
| 102. | | | | | Sold (part) | 09/25/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garza, Carmen E. | 09/27/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Siemens | A | Dividend | | | Buy | 03/08/17 | J | | |
| 104. | | | | | Sold | 03/22/17 | J | | |
| 105. Spdr Blmbrg Brcly | | None | K | T | Buy | 07/24/17 | K | | |
| 106. Spdr Short Term | | None | K | T | Buy | 07/24/17 | K | | |
| 107. Starbucks Corp | | None | J | T | Buy | 07/27/17 | J | | |
| 108. T Rowe Instl Lrge Cp Gr | C | Dividend | | | Sold | 03/03/17 | K | | |
| 109. T Rowe Price Intl Discovery I | A | Dividend | | | Sold | 03/03/17 | J | | |
| 110. T Rowe Price Group | B | Dividend | J | T | Buy | 03/08/17 | J | | |
| 111. T Rowe Intl Stock (converted to T Rowe Intl Stock Fd I) | B | Dividend | | | Sold | 03/03/17 | J | | |
| 112. American Fd. Tax Exempt Bd. (formerly Tax Exempt Bd.) | | None | J | T | | | | | |
| 113. Texas Instruments | B | Dividend | J | T | Buy | 03/08/17 | J | | |
| 114. Thornburg Limited Term Muni | | None | J | T | | | | | |
| 115. TJX Companies Inc. | A | Distribution | J | T | Buy | 09/20/17 | J | | |
| 116. | | | | | Buy (add'l) | 09/21/17 | J | | |
| 117. United Technologies | A | Dividend | J | T | Buy | 03/08/17 | J | | |
| 118. Vanguard FTSE Dev. Mkts | B | Dividend | J | T | | | | | |
| 119. Vanguard Small Cap Growth ETF | B | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garza, Carmen E. | 09/27/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Vanguard Intermediate | A | Dividend | K | T | Buy | 03/08/17 | K | | |
| 121. Vanguard Small Cap Value | B | Dividend | J | T | | | | | |
| 122. Verizon Communicatn | A | Dividend | J | T | Buy | 03/08/17 | J | | |
| 123. VF Corporation | B | Dividend | J | T | Buy | 02/08/17 | J | | |
| 124. Victory Sycamore Small Co Cl I | B | Dividend | | | Sold | 03/03/17 | J | | |
| 125. Watso Inc | A | Dividend | J | T | Buy | 03/08/17 | J | | |
| 126. Wells Fargo Bk NA | A | Dividend | J | T | Buy | 03/08/17 | J | | |
| 127. Wells Fargo SH Term Mun Bd I converted toWells Fargo S/T Mun Bond CIA) | | None | J | T | | | | | |
| 128. 3M Company | B | Dividend | J | T | Buy | 03/08/17 | J | | |
| 129. | | | | | | | | | |
| 130. | | | | | | | | | |
| 131. | | | | | | | | | |
| 132. | | | | | | | | | |
| 133. | | | | | | | | | |
| 134. | | | | | | | | | |
| 135. | | | | | | | | | |
| 136. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garza, Carmen E. | 09/27/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | | | | | |
| 138. | | | | | | | | | |
| 139. | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Garza, Carmen E. | 09/27/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In December, 2016 I transferred all of my investments from Edward Jones to Charles Schwab.

I have found 3 errors on my last financial disclosure report. First, I acually sold all of my Columbia Acorn International stock on June 16, 2016. I earned a dividend amount code B. The value code was J.

Additionally, I listed Blackrock Equity and Blackrock National twice. They should have only been listed once.

Finally, Edward Jones transferred cash from my IRA to Schwab. Schwab re-invested it in various stocks on March 3, 2017.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Carmen E. Garza**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544